DOCKET & FILE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MICHAEL T GRENNAN,                                             Civil Action No.: 05-CV-2837 (SJ)

              Plaintiff,

-against-

LONG ISLAND UNIVERSITY, SKANSKA USA           STIPULATION OF
BUILDING INC., MACRO CONSULTANTS INC.,         DISCONTINUANCE
and INTERSTATE INDUSTRIAL, CORP.,

              Defendant.
----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of records for all the parties to the above-titled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action, including all counterclaims asserted therein, is discontinued without prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Nicholas P. Giuliano, Esq.
Sheinbaum, Bennett, Giuliano
& McDonnell, LLP
*Attorney for Plaintiff*
*Michael T. Grennan*
225 West 34th Street, Suite 402
New York, New York 10120
(646) 328-0120

Robert L. Rimberg, Esq.
Goldberg, Rimberg
& Friedlander, PLLC
*Attorney for Defendant*
~~Macro Consulting, Inc.~~ MACIZO Consultants, Inc.
115 Broadway, 3rd Floor
New York, New York 10006
(212) 697-3250

ORDER   s/SJ
_____
U.S.D.J.